Charlesetta Williams
7-12-2023

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL 17 2023
TONY R. MOORE, CLERK
BY: _____ DEPUTY

3:23-cv-0977

Williams Charlesetta Williams
HAR 2807 28007308 MRN 11444374
DOB 12-14-63  59 yrs Female
CSN 339778517 AC339778517
March 28, 2023
AC AC339778517 ocher Locket
L.S.U. Shreveport Heath Administrator
1544 or 1541 Kingshway S-port
LA 71103 Order of postive custody
D. Wane L. Warren S-port
City Jail officer LT-Sup
Chief of police Wayne-Smith
1234 Texas Ave S-port LA 71101
asst Chief of police
Kindnapping of Home 2831
Kelsey St Charlesetta Williams
Cooper Rd S-port LA 71107
Dr. Martin Luther King
Jr Community They force
to Draw Blood left are Held
me Down And Gave me a Shot
and medication Ilegal
Attempted second degree murder
Time 4-pm Home when off.cer
came nor did a Neighbor call
nor nor did I call nor did
mother Go to a corner Barbara Jean Williams

Charlesetta Williams
318 703-1308
7-10-2023
they were out of their District
Shreport Police Dpt Substation.
were I live Cooper Rd Dr Martin Luther King Jr
S-port LA 71107 ~~Dr Martin L~~ Community S-port LA 71107
Dr. Martin Luther King Jr Community
Shreveport City Jail
~~755~~ 755 Hope St S-port LA 71101
Unit Street Patrol Officer
M.L.K. Jr Community
D- Ware L. Warren
Violation of City Code
S Port Police Officer
D Ware L. Warren
adm March 28.2023 Williams
Charlesetta HAR 982000 19349
MRN 1144374 DOB 12-14-63
59 yrs Female ~~SSN~~ CSN
339792494 3-28-2023
~~Acc~~ AC 339792494 LA Behavior
Heath Ucher Medical Doctor
Foote pystric No pystric Report
Officer Had D. Ware L. Warren
Family member were ~~arrested~~
proested In my Home Residents
of University Park Residents
~~thru~~ Dr Martin Luther
King Jr Community S-port LA 71107

Charlesetta Williams
318 703-1208
7-10-2023
they Have A Lap-Top Computer Stalking Device they Have been arrested Charlesetta Williams 2831 Kelsey St S. port LA 71107 For Stalking Stalking By Talking Touching of the Body Onegons attempted Second Degree Murder United Government Dpt of Justic 300 Fannin St S. port LA 71101 M. B. Rinder Hased ISO Lap-Top Computer Stalking Device Special Agent Dective Louis M Riegel III Tony R. moore Clerk of ~~Court~~ Court United States attorney office 300 Fannin St S. port LA 71101 Chief Judge Terry A Doughty United States Court Kayla D. McClusky United States Court Mark L. Hornsby STE 1167 I will Like To File a Appeal I will Like To Lead In Forma pauespc. i.a I Dont Have The Initial Filing Fee C-W- marshalls Service pancess

2831 Kelsey St

Charlesetta Williams
318 703-1208
7-11-2023
P.
Denefendants Guilty Warrant
Major Charge Kindnapping
Walter Collins Jr 416 Yarbrough
St Bossier City 2HG 71111 Marshall
Office Benton Court Warrant
Divison Benton Jail For S-port
LA 2HG 71111 S-port police office
Hitchmiches
Hostaman S.P.D- Mike Camphbell
Have Retired & Resign Now Chief
of Police Wayne Smith 1234
Texas Avenue S port LA 71101
Asst Chief of Police
Bond 10.000 July 18- 2082
No Legal Dourement of
arrested Caddo DA Section
II Felony arrson Williams-V
Hitchmiches Williams-V C.C.C.
E.T. AL I seek the Relief From
A conviction of Sentence